IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HERON THERAPEUTICS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 25-357 (WCB) |
| ) | CONSOLIDATED |
| QILU PHARMACEUTICAL CO., LTD., ) | |
| QILU PHARMACEUTICAL (HAINAN) ) | |
| CO., LTD., and QILU PHARMA, INC., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION AND ORDER OF DISMISSAL**

Heron Therapeutics, Inc. ("Heron") and Qilu Pharmaceutical Co., Ltd., Qilu Pharmaceutical (Hainan) Co., Ltd., and Qilu Pharma, Inc. (collectively, "Qilu"), parties in the above-captioned action ("Action"), have resolved this litigation for good cause and valuable consideration recognized by Heron and Qilu. Now the parties, by their respective undersigned attorneys, hereby stipulate and agree to the dismissal without prejudice of all remaining claims and counterclaims in this Action with the parties to bear their own costs and attorneys' fees. The Court specifically retains jurisdiction over the parties for the purpose of adjudicating any issues arising from the settlement of this Action:

IT IS this ___ day of _____, 2025:

ORDERED, ADJUDGED, AND DECREED as follows:

1. All claims, counterclaims, affirmative defenses, and demands in this action are hereby dismissed without prejudice and without costs, disbursements, or attorneys' fees to any party;

2. This District Court retains jurisdiction for the purpose of adjudicating any issues arising from the settlement of this Action; and

3. This Stipulation and Order of Dismissal shall finally resolve this Action between the parties.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
| */s/ Jeremy A. Tigan* | */s/ Kenneth L. Dorsney* |
| Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jtigan@morrisnichols.com | Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6270)<br>3205 North Avenue Boulevard, Suite 100<br>Wilmington, DE 19803<br>(302) 888-6800<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com |
| *Attorneys for Plaintiff*<br>*Heron Therapeutics, Inc.* | *Attorneys for Defendants*<br>*Qilu Pharmaceutical Co., Ltd.,*<br>*Qilu Pharmaceutical (Hainan) Co., Ltd. and*<br>*Qilu Pharma, Inc.* |

November 3, 2025

                                            WILLIAM C. BRYSON
                                            UNITED STATES CIRCUIT JUDGE